# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| JUSTIN FUNK and CRAIG FUNK, Individually and NAXOS HOLDINGS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> THE CALYX PG HOLDING, LLC, a Delaware limited liability company, CALYX PEAK, INC., a Delaware corporation, HOWARD KEUM, individually and as Manager of THE CALYX PG HOLDING, LLC, ED SCHMULTS, individually and CEO of CALYX PEAK, INC., and MICHAEL BANG, individually and CFO of CALYX PEAK, INC. <br><br> Defendants. | No. |

## DECLARATION OF EDWARD M. SCHMULTS

I, Edward M. Schmults, declare under penalty of perjury under the laws of the United States as follows:

1.  I am the Chief Executive Officer at Calyx Peak, Inc. I am over the age of 18, provide this declaration based on my personal knowledge, and, if called to testify, could and would testify competently hereto.

2.  The Calyx PG, Holdings, LLC was formerly a Delaware limited liability company with its principal place of business in Nevada. In January 2019, The Calyx PG Holdings, LLC was converted to Calyx Peak, Inc.

3.  Calyx Peak, Inc. is a Delaware corporation with its principal place of business in Massachusetts.

1

4.      I am a resident of Rhode Island and have resided here at all times relevant to this

litigation.


I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true
and correct.

Executed this __19th__ day of January 2021, in Providence, Rhode Island.

Edward M. Schmults

2